IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANDREW JOHN FISK<br>        Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 2:11-CV-250 |
| PWS TRUCKING, INC.<br>        Defendant | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED** that on the date set forth below, came on to be considered by the Court, the Motion to Dismiss with Prejudice filed by **ANDREW JOHN FISK**, Plaintiff, in the above-entitled and numbered proceeding, thereby announcing to the Court that the matters in controversy between the parties have been settled, and by said Motion moved this Court to dismiss Plaintiff's claims against Defendant with prejudice to the rights of Plaintiff to re-file same, or any part thereof.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** by the Court that:

A.      All claims of Plaintiff **ANDREW JOHN FISK** against Defendant **PWS TRUCKING, INC.** are hereby dismissed with prejudice;

B.      Taxable court costs shall be paid by the party incurring the same; and

C.      All relief requested by Plaintiff not specifically granted against Defendant **PWS TRUCKING, INC.** is hereby expressly denied.

SIGNED this  9th  day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE